1 Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
2 15760 Ventura Boulevard, Suite 800
Encino, CA 91436
3 Tel: 818-205-2466
Stuart@pricelawgroup.com
4 Attorney for Plaintiff,
Jess Whisenhunt

**UNITED STATES DISTRICT COURT**
**CENTAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| JESS WHISENHUNT,<br><br>        Plaintiff,<br><br>   vs.<br><br><br>CHASE RECEIVABLES,<br><br>        Defendant. | **Case No.: 5:15-cv-02272-JGB-SP**<br><br><br>**NOTICE OF SETTLEMENT** |

   Plaintiff, JESS WHISENHUNT, by and though his attorney, informs this Honorable Court that Plaintiff has settled his case with Defendant, CHASE RECEIVABLES. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in thirty (30) days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this Defendant.

                                                            RESPECTFULLY SUBMITTED,
   Dated: February 3, 2016                  By:*/s/ Stuart Price*
                                                            Stuart Price, Esq.
                                                            Attorney for Plaintiff,
                                                            Jess Whisenhut